UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **FELICIA THOMAS** | **CIVIL ACTION NO. 13-0779** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **LOWE'S HOME CENTERS, INC.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Motion to Dismiss, [Doc. No. 20], filed by Defendant Lowe's Home Centers, Inc. is hereby **DENIED**.

THUS DONE AND SIGNED this 10th day of February, 2014, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE